# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

FILED by ___ D.C.
JAN 28 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

15-8048-DLB

**MICHAEL WILLIAMSON, ET AL.,**

vs.                                                    Case No. **C2-06-292**

**RECOVERY LIMITED PARNERSHIP, ET AL.,**        **BENCH WARRANT**

## Re: ALISON ANTEKEIER

**TO ANY UNITED STATES MARSHAL:**

It appearing that the above named person failed to appear before the **Honorable Edmund A. Sargus, Jr.**, United States District Court Judge at Columbus Ohio, on **NOVEMBER 7, 2012**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said person and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**ALISON ANTEKEIER** and bring her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION, at COLUMBUS, OHIO,** to answer to the charge of failure to appear.

The United States Marshal Service may use any lawful force of any kind, including entry of a residence, in the course effectuating this warrant. This warrant is issued under 28 U.S.C. § 401 and shall be enforced anywhere in the United States, as defined in 18 U.S.C. § 7

_[signature]_   11-7-2012
Edmund A. Sargus, Jr.
U.S. District Judge

# **RETURN**

This Bench Warrant was received and executed with the arrest of the above named defendant at _____

DATE RECEIVED _____

DATE OF ARREST _____


DATED AT COLUMBUS, OHIO ON                   _____
                                             Signature of Arresting Officer
_____
                                             _____
                                             Title of Arresting Officer