UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-8048-DLB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
ALISON ANTEKEIER,

    Defendant.

_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

    The defendant, Alison Antekeier, through counsel, hereby invokes his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any

contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

    Respectfully submitted,
MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER


By: *s/Robert E Adler*
Robert E Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Facsimile
robert_adler@fd.org - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 29, 2015**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


  s/*Robert E Adler*
Robert E Adler