FILED by _VM_ D.C.

FEB 0 2 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA        CASE # C2-06-292

                                S/OH 15-8048-DLB

VS

Antekeier, Alison        PRISONER # 07331-104

*********************************************************************

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:        (CIRCLE ONE)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT. PIERCE
*********************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 1/27/15   22:30

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: Failure to Appear

4) U.S. CITIZEN   [ ✓ ] YES      [ ] NO      [ ] UNKNOWN

5) DATE OF BIRTH: __-__/67

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ✓ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: S/OH

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ✓ ] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Crotty   DATE: 1/28/15

9) AGENCY: USMS   PHONE: 561-655-1827